** COUNTY OFFICERS — CLASS A — CLASS B SALARIES ** UNDER 19 O.S. 180.63 [19-180.63], THE BASIC SALARIES IN SECTION 19 O.S. 180.62 [19-180.62] SUPRA, FOR COUNTIES OF THE SIZE AND TAX VALUATION OF MCCLAIN COUNTY ARE INCREASED TO PROVIDE FOR $4,105 FOR CLASS A OFFICERS AND $3,905 FOR CLASS B OFFICERS. HOWEVER, SINCE THE MINIMUM SALARIES PROVIDED IN 19 O.S. 180.64 [19-180.64](A) (1968) FOR THE COUNTIES AND SIZE AND VALUATION OF MCCLAIN COUNTY ARE MORE THAN THE BASIC SALARY PLUS THE INCREASE THERETO, THE MINIMUM SALARY IN MCCLAIN FOR CLASS A OFFICERS IS $6,000 FOR CLASS B AND $4,800 AND FOR THE SHERIFF $5,400. CITE: 19 O.S. 180.63 [19-180.63], 19 O.S. 180.64 [19-180.64](A), 19 O.S. 180.61 [19-180.61], 19 O.S. 180.62 [19-180.62], OPINION NO. 68-242 (DAVID L. RUSSELL)